**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Steven**<br>First Name<br>**Michael**<br>Middle Name<br>**Davis**<br>Last Name<br>**II**<br>Suffix (Sr., Jr., II, III) | First Name<br>Middle Name<br>Last Name<br>Suffix (Sr., Jr., II, III) |
| | Bring your picture identification to your meeting with the trustee. | | |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | First Name<br>Middle Name<br>Last Name | First Name<br>Middle Name<br>Last Name |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – _5_ _9_ _7_ _8_<br>OR<br>9xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br>OR<br>9xx – xx – ____ ____ ____ ____ |
| **4.** | **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and doing business as names | ☑ I have not used any business names or EINs.<br><br>Business name<br>Business name<br>Business name | ☐ I have not used any business names or EINs.<br><br>Business name<br>Business name<br>Business name |

Debtor 1    __Steven Michael Davis, II__              Case number (if known) _____

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| ___ – ___ ___ ___ ___ ___ ___ ___ | ___ – ___ ___ ___ ___ ___ ___ ___ |
| EIN | EIN |
| ___ – ___ ___ ___ ___ ___ ___ ___ | ___ – ___ ___ ___ ___ ___ ___ ___ |
| EIN | EIN |

**5. Where you live**

| | If Debtor 2 lives at a different address: |
|---|---|
| **P.O. Box 991** | |
| Number    Street | Number    Street |
| | |
| | |
| **Keller**        **TX**    **76244** | |
| City        State    ZIP Code | City        State    ZIP Code |
| **Tarrant** | |
| County | County |

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

| | |
|---|---|
| Number    Street | Number    Street |
| P.O. Box | P.O. Box |
| City        State    ZIP Code | City        State    ZIP Code |

**6. Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

---

**Part 2:**    **Tell the Court About Your Bankruptcy Case**

---

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1 __Steven Michael Davis, II__        Case number (if known) _____

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay Your Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No

☑ Yes.

District **Northern District of Texas**    When **03/05/2012**    Case number **12-41378-rfn**
                                         MM / DD / YYYY

District _____    When _____    Case number _____
                                         MM / DD / YYYY

District _____    When _____    Case number _____
                                         MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____    Relationship to you _____

District _____    When _____    Case number,
                                         MM / DD / YYYY   if known

Debtor _____    Relationship to you _____

District _____    When _____    Case number,
                                         MM / DD / YYYY   if known

**11. Do you rent your residence?**

☑ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

     ☐ No. Go to line 12.

     ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it with this bankruptcy petition.

Debtor 1 __Steven Michael Davis, II__                                    Case number (if known) _____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No. Go to Part 4.
☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

_____
Number    Street

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
City                              State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No. I am not filing under Chapter 11.

☑ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes. What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property? _____
Number    Street

_____

_____
City                              State        ZIP Code

Debtor 1    **Steven Michael Davis, II**                                                     Case number (if known) _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 **Steven Michael Davis, II** _____ Case number (if known) _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer or business debts. _____

**17. Are you filing under Chapter 7?**

☑ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Steven Michael Davis, II** _____
Steven Michael Davis, II, Debtor 1

X _____
Signature of Debtor 2

Executed on **05/01/2017**
MM / DD / YYYY

Executed on _____
MM / DD / YYYY

Debtor 1   **Steven Michael Davis, II**          Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X**  **/s/ Joyce Lindauer** _____    Date  **05/01/2017** _____
    Signature of Attorney for Debtor                                MM / DD / YYYY

**Joyce Lindauer** _____
Printed name

**Joyce W. Lindauer Attorney, PLLC** _____
Firm Name

**12720 Hillcrest Road, Suite 625** _____
Number       Street

_____

_____

**Dallas** _____   **TX**   **75230** _____
City                                       State     ZIP Code

Contact phone  **(972) 503-4033**      Email address **joyce@joycelindauer.com**

**21555700** _____   **TX** _____
Bar number                                     State

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liqudation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7: Liquidation

|   |   |   |
|---|---|---|
|   | $245 | filing fee |
|   | $75 | administrative fee |
| + | $15 | trustee surcharge |
|   | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the form--sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income

for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

## Chapter 11: Reorganization

---

|   |   |   |
|---|---|---|
|   | $1,167 | filing fee |
| + | $550 | administrative fee |

|   |   |   |
|---|---|---|
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   |        |                    |
|---|--------|--------------------|
|   | $200   | filing fee         |
| + | $75    | administrative fee |
|   | $275   | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   |        |                    |
|---|--------|--------------------|
|   | $235   | filing fee         |
| + | $75    | administrative fee |
|   | $310   | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

---

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re  **Steven Michael Davis, II**

Case No.  _____

Chapter  **11**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept..................................................................  **$15,000.00**

Prior to the filing of this statement I have received.......................................................  **$4,000.00**

Balance Due..................................................................................................................  **$11,000.00**

2. The source of the compensation paid to me was:

   ☒ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor            ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 05/01/2017 | /s/ Joyce Lindauer | |
|---|---|---|
| *Date* | *Joyce Lindauer* | Bar No. 21555700 |
| | Joyce W. Lindauer Attorney, PLLC | |
| | 12720 Hillcrest Road, Suite 625 | |
| | Dallas, TX 75230 | |
| | Phone: (972) 503-4033 / Fax: (972) 503-4034 | |

---

/s/ Steven Michael Davis, II

*Steven Michael Davis, II*

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven** | **Michael** | **Davis, II** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

|  | | Unsecured claim |
|---|---|---|

**1** | **Ocwen Loan Servicing**
Creditor's name
**2711 Centerville Road**
Number        Street
**Suite 400**

**Wilmington        DE     19808**
City                State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Real Estate**                    $41,625.00

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes.  Total claim (secured and unsecured):    $161,000.00
              Value of security                  – $119,375.00
              Unsecured claim:                      $41,625.00

**2** | **Ditech**
Creditor's name
**PO Box 6172**
Number        Street

**Rapid City        SD     57709**
City                State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Mortgage**                    $14,155.47

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes.  Total claim (secured and unsecured):    $291,755.47
              Value of security                  – $277,600.00
              Unsecured claim:                      $14,155.47

Debtor 1  **Steven Michael Davis, II**  _____  Case number (if known) _____

| | | Unsecured claim |
|---|---|---|

**3** | **Ocwen Loan Servicing**
Creditor's name
**2711 Centerville Road**
Number        Street
**Suite 400**

**Wilmington        DE    19808**
City        State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Real Estate**        $7,882.80

As of the date you file, the claim is:        Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☐ No
☑ Yes.  Total claim (secured and unsecured):    **$206,182.80**
                Value of security        − **$198,300.00**
                Unsecured claim:        **$7,882.80**

**4** | **Vineyards at Heritage HOA**
Creditor's name
**Premier Communities**
Number        Street
**3102 Oak Lawn Ave, Ste 202**

**Dallas        TX    75219**
City        State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **HOA Dues**        $2,000.00

As of the date you file, the claim is:        Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☐ No
☑ Yes.  Total claim (secured and unsecured):    **$2,000.00**
                Value of security        − **$0.00**
                Unsecured claim:        **$2,000.00**

**5** | **Alexandra Meadows Owners Associat**
Creditor's name
**Principal Management Group**
Number        Street
**127 Park Central Drive Ste #600**

**Dallas        TX    75251-1537**
City        State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **HOA Dues**        $1,858.00

As of the date you file, the claim is:        Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☐ No
☑ Yes.  Total claim (secured and unsecured):    **$1,858.00**
                Value of security        − **$0.00**
                Unsecured claim:        **$1,858.00**

**6** | **Alexandra Meadows Owners Associat**
Creditor's name
**Principal Management Group**
Number        Street
**127 Park Central Drive Ste #600**

**Dallas        TX    75251-1537**
City        State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **HOA Dues**        $1,625.00

As of the date you file, the claim is:        Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☐ No
☑ Yes.  Total claim (secured and unsecured):    **$1,625.00**
                Value of security        − **$0.00**
                Unsecured claim:        **$1,625.00**

**7** | **Alexandra Meadows Owners Associat**
Creditor's name
**Principal Management Group**
Number        Street
**127 Park Central Drive Ste #600**

**Dallas        TX    75251-1537**
City        State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **HOA Dues**        $1,397.93

As of the date you file, the claim is:        Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☐ No
☑ Yes.  Total claim (secured and unsecured):    **$1,397.93**
                Value of security        − **$0.00**
                Unsecured claim:        **$1,397.93**

Debtor 1    **Steven Michael Davis, II**                                    Case number (if known) _____

|  |  |  | Unsecured claim |
|---|---|---|---|

**8** | **Lake Park HOA**
Creditor's name
**c/o Principal Management Group**
Number    Street
**1225 Alma Rd., Suite 100**

**Richardson          TX        75081**
City            State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?**    **Homeowner Association D**    $1,297.00

**As of the date you file, the claim is:**    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☑ Yes.  Total claim (secured and unsecured):    $1,297.00
                    Value of security:    –    $0.00
                    Unsecured claim:        $1,297.00

---

**9** | **Eagle Mountain-Saginaw ISD**
Creditor's name
**PO Box 13430**
Number    Street

**Arlington          TX        76094-0430**
City            State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?**    **Property Taxes**    $1,176.74

**As of the date you file, the claim is:**    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☑ Yes.  Total claim (secured and unsecured):    $1,176.74
                    Value of security:    –    $0.00
                    Unsecured claim:        $1,176.74

---

**10** | **Red Rock Financial Services**
Creditor's name
**7251 Amigo Street, Suite 100**
Number    Street

**Las Vegas          NV        89119**
City            State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?**    **Homeowner Dues**    $852.06

**As of the date you file, the claim is:**    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☑ Yes.  Total claim (secured and unsecured):    $852.06
                    Value of security:    –    $0.00
                    Unsecured claim:        $852.06

---

**11** | **Central Mortgage**
Creditor's name
**801 John Barrow Rd.**
Number    Street
**Suite 1**

**Little Rock          AR        72205**
City            State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?**    **Real Estate**    $41.67

**As of the date you file, the claim is:**    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☑ Yes.  Total claim (secured and unsecured):    $204,341.67
                    Value of security:    –    $204,300.00
                    Unsecured claim:        $41.67

---

**12** | **Tarrant County Tax Assesor-Collector**
Creditor's name
**100 E. Weatherford**
Number    Street

**Fort Worth          TX        76196**
City            State    ZIP Code

Contact

Contact phone

**What is the nature of the claim?**    **Taxes**    $0.00

**As of the date you file, the claim is:**    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes.  Total claim (secured and unsecured):    _____
                    Value of security:    –    _____
                    Unsecured claim:        _____

Debtor 1  **Steven Michael Davis, II**                                    Case number (if known) _____

| | | | Unsecured claim |
|---|---|---|---|
| **13** | **Americas Servicing Company** | What is the nature of the claim? **Deficiency Claim** | $0.00 |

Creditor's name

**1 Home Campus**
Number       Street

**Des Moines, IA 50328**

City                State      ZIP Code

Contact

Contact phone

As of the date you file, the claim is:     Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes.    Total claim (secured and unsecured): _____
             Value of security     – _____
             Unsecured claim:         _____

---

**Part 2:    Sign Below**

---

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X **/s/ Steven Michael Davis, II**                          X _____
Steven Michael Davis, II, Debtor 1                          Signature of Debtor 2

Date  **05/01/2017**                                          Date _____
        MM / DD / YYYY                                              MM / DD / YYYY

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Steven Michael Davis, II**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  5/1/2017 _____

Signature  **/s/ Steven Michael Davis, II**_____
                 **Steven Michael Davis, II**

Date _____

Signature _____

Alexandra Meadows Owners Association
Principal Management Group
127 Park Central Drive Ste #600
Dallas, TX  75251-1537


Amber Schultz
6545 Regina
Fort Worth, TX 76131


Americas Servicing Company
1 Home Campus
Des Moines, IA 50328
ATTN: Bankruptcy


Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548


Bank of America
ATTN:  Correspondence Unit
CA6-919-01-41
PO Box 5170
Simi Valley, CA  93062


Basswood Park HOA
PCMC Processing Center
PO Box 60908
Phoenix, AZ  85082


Belinda Davis
800 Weybridge
Keller, TX  76248


Bonnie Hunt
Patrick Hunt
2432 Pheasant Drive
Little Elm, TX 75068


Brian & Denise Odom
6457 Alexandra Meadows
Fort Worth, TX 76131

Carrington Mortgage Services, LLC
PO Box 3489
Anaheim, CA 92803


Central Mortgage
801 John Barrow Rd.
Suite 1
Little Rock, AR 72205


Chase Bank formerly known as EMC
Mail Code OH4-7302
PO Box 24696
Columbus, OH  43224-0696


Christopher Myers
1708 Quails Nest
Fort Worth, TX 76177


CitiMortgage
PO Box 6243
Sioux Falls, SD  57117-6243


Crawford Farms HOA
1240 Keller Parkway, Suite 200
Keller, TX  76248


Daniel & Yina Murillo
7017 Lindentree
Fort Worth, TX 76137


David Stockman
Marinosci Law Group, PC
14643 Dallas Parkway
Suite 750
Dallas, TX 75254

Denise Plaia & Valentine Beavis
6112 Tilapia
Fort Worth, TX 76179

Ditech
PO Box 6172
Rapid City, SD 57709


Dustin George
Mackie Wolf Zientz & Mann PC
14160 N. Dallas Parkway
Suite 900
Dallas, TX 75254

Eagle Mountain-Saginaw ISD
PO Box 13430
Arlington, TX  76094-0430


Eduardo Lerma & Beatriz Garza
7013 Lindentree
Fort Worth, TX 76137


Eldorado Fairways HOA
c/o SBB Management
8360 LBJ Freeway, Suite 300
Dallas, TX 75243


Ernest Bodean Slaughter
5424 Lavaca Rd.
Grand Prairie, TX 75052


Greentree Financial
PO Box 6172
Rapid City, SD  57709-6172


Hector & Adela Nunez
5204 Shiver
Fort Worth, TX 76244


Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Jerry W. Mason
Harvey Law Group
PO Box 131407
Houston, TX 77219


Jocelyn Humphreys & Shawn Prendergast
11633 Estacado
Frisco, TX 75034


Kemesha Johnson & Polley Boakye
2108 Haylee
Fort Worth, TX 76131


Lake Park HOA
c/o Principal Management Group
1225 Alma Rd., Suite 100
Richardson, TX 75081


Moncor Inc.
15301 Spectrum Dr. 405
Addison, Texas 75001


Nationstar Mortgage
PO Box 619098
Dallas, TX 75261


NYCB Mortgage Company
PO Box 91234
Cleveland, OH 44101


Ocwen Loan Servicing
2711 Centerville Road
Suite 400
Wilmington, DE 19808

Power Default Services, Inc.
Northpark Town Center
1000 Abernathy Rd. NE
Bldg. 400, Suite 200
Atlanta, GA 30328

Quails Grove HOA
c/o SBB Management
8360 LBJ Freeway, Ste 300
Dallas, TX  75243

Randy & Yvette Castaneda
5440 Brazoria Dr.
Grand Prairie, TX 75052

Red Rock Financial Services
7251 Amigo Street, Suite 100
Las Vegas, NV  89119

Red Rock Financial Services
7251 Amigo Street, Suite 100
Las Vegas, NV 89119

ReTax Funding
14785 Preston Rd. Suite 495
Dallas, TX 75254

Roberto Balli, Jr.
10805 Elmhurst
Fort Worth, TX 76248

Selene Finance LP
9990 Richmond Ave.
Suite 400S
Houston, TX 77042

Sendera Ranch HOA
c/o SBB Management
8360 LBJ Freeway, Suite 300
Dallas, TX  75243

```
Settlement Village Residential Assoc Inc
PO Box 150126
White Settlement, TX 76108



Steven Davis I
6412 Geneva
Fort Worth, TX 76131



Taneisha Penny & Broderick Hill
9632 Minton
Fort Worth, TX 76108



Tarrant County Tax Assesor-Collector
100 E. Weatherford
Fort Worth, TX 76196



Texas Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Sec
PO Box 13528
Austin, TX 78711



Texas Workforce Commission
101 E. 15th Street, Room 354
Austin, TX 78778-0001



Trails of Marine Creek HOA
c/o Principal Management Group
9001 Airport Freeway, Suite 450
North Richland Hills, TX 76108



Tyrone Morgan
14037 Bronc Pen
Haslet, TX 76052



U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242
```

US Attny. General
10th and Constitution Ave.,NW
Main Justice Bldg. Rm. 5111
Washington, DC 20530


US Bank Nat'l Assoc.
4801 Frederica Street
Owensboro, KY 42301



Valerie Fierro
6357 Ferncreek
Fort Worth, TX 76179



Vineyards at Heritage HOA
Premier Communities
3102 Oak Lawn Ave, Ste 202
Dallas, TX  75219


Willis Coves HOA
1800 Preston Park Blvd
Plano, TX  75093