**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven** | **Michael** | **Davis, II** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known)  **17-41860-rfn**

☐ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.
**800 Weybridge Lane, Keller, TX  76248**

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other **800 Weybridge Lane, Kelle**

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $516,700.00 | $516,700.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Homestead**

☐ Check if this is community property (see instructions)

Debtor 1   **Steven Michael Davis, II**                                   Case number (if known)   **17-41860-rfn**

---

**1.2.**

**6357 Ferncreek, Fort Worth, TX 76179 Being purchased by Valerie Fierro under owner finance agreement**

County _____

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**
_____ $187,700.00   _____ $187,700.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Real Property** _____

☐ **Check if this is community property**
(see instructions)

---

**1.3.**

**9632 Minton, Fort Worth, TX 76108 Being purchased by Taneisha Penny & Broderick Hill under owner finance agreement**

County _____

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**
_____ $169,800.00   _____ $169,800.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Real Property** _____

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Steven Michael Davis, II**                                   Case number (if known)   **17-41860-rfn**

---

**1.4.**

**10805 Elmhurst, Fort Worth, TX 76244
Being purchased by Roberto Balli, Jr.
under owner finance agreement**

County

**What is the property?**
Check all that apply.

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?**
Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions.  Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $280,600.00 | $280,600.00 |

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**Real Property**

- ☐ **Check if this is community property**
  (see instructions)

---

**1.5.**

**7013 Lindentree, Fort Worth, TX
76137
Being purchased by Eduardo Lerma &
Beatriz Garza under owner finance
agreement**

County

**What is the property?**
Check all that apply.

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?**
Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions.  Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $195,184.00 | $195,184.00 |

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**Real Property**

- ☐ **Check if this is community property**
  (see instructions)

---

Debtor 1    **Steven Michael Davis, II**      Case number (if known)   __17-41860-rfn__

---

**1.6.**

**7017 Lindentree, Fort Worth, TX 76137**
**Being purchased by Daniel & Yina Murillo under owner finance agreement**

_____
County

**What is the property?**
Check all that apply.

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?**
Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:  _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $226,000.00 | $226,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Real Property** _____

☐ **Check if this is community property**
(see instructions)

---

**1.7.**

**1310 McEntire Court, Keller, TX 76248**
**Currently vacant**

_____
County

**What is the property?**
Check all that apply.

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?**
Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:  _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $368,500.00 | $368,500.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Real Property** _____

☐ **Check if this is community property**
(see instructions)

---

Debtor 1    **Steven Michael Davis, II**                                    Case number (if known) __17-41860-rfn__

---

**1.8.**

**5204 Shiver, Fort Worth, TX 76244
Being purchased by Hector & Adela
Nunez under owner finance
agreement**

County

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the
entire property?**                  **Current value of the
portion you own?**

__$204,300.00__                     __$204,300.00__

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**Real Property** _____

☐ **Check if this is community property**
   (see instructions)

---

**1.9. 6545 Regina, Fort Worth, TX 76131**

County

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the
entire property?**                  **Current value of the
portion you own?**

__$185,900.00__                     __$185,900.00__

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**Rental Property** _____

☐ **Check if this is community property**
   (see instructions)

---

Debtor 1   **Steven Michael Davis, II**        Case number (if known)   **17-41860-rfn**

---

**1.10.**

**2108 Haylee, Fort Worth, TX  76131**

_____
County

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

$206,000.00

**Current value of the portion you own?**

$206,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Rental Property** _____

☐ **Check if this is community property**
(see instructions)

---

**1.11.**

**6457 Alexandra Meadows, Fort Worth, TX  76131**

_____
County

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

$198,300.00

**Current value of the portion you own?**

$198,300.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Rental Property** _____

☐ **Check if this is community property**
(see instructions)

---

Debtor 1 **Steven Michael Davis, II**      Case number (if known) **17-41860-rfn**

---

1.12.

**1708 Quails Nest, Ft. Worth, Texas 76177**

County

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$275,240.00

**Current value of the portion you own?**
$275,240.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Rental Property**

☐ **Check if this is community property** (see instructions)

---

1.13.

**14037 Bronc Pen, Ft. Worth, TX 76052 Being purchased by Tyrone Morgan under owner finance agreement**

County

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$161,200.00

**Current value of the portion you own?**
$161,200.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Real Property**

☐ **Check if this is community property** (see instructions)

---

Debtor 1   **Steven Michael Davis, II**                                    Case number (if known)  **17-41860-rfn**

---

**1.14.**

**6112 Tilapia, Ft. Worth, TX  76179
Being purchased by Denise Plaia &
Valentine Beavis under owner finance
agreement**

County

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions.  Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$181,600.00** | **$181,600.00** |

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**Real Property**

☐ **Check if this is community property**
(see instructions)

---

**1.15.**

**11633 Estacado, Frisco, TX  75034**

County

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions.  Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$470,700.00** | **$470,700.00** |

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**Rental Property**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1   **Steven Michael Davis, II**        Case number (if known)   **17-41860-rfn**

---

**1.16.**

**6412 Geneva, Ft. Worth, TX  76131
Being purchased by Steven Davis I
under owner finance agreement**

County _____

**What is the property?**
Check all that apply.

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local
property identification number:** _____

Do not deduct secured claims or exemptions.  Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the
entire property?**      **Current value of the
portion you own?**

    $155,700.00          $155,700.00

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**Real Property** _____

☐ **Check if this is community property**
(see instructions)

---

**1.17.**

**5440 Brazoria, Grand Prairie, TX
75050
Being purchased by Randy & Yvette
Castaneda under owner finance
agreement**

County _____

**What is the property?**
Check all that apply.

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local
property identification number:** _____

Do not deduct secured claims or exemptions.  Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the
entire property?**      **Current value of the
portion you own?**

    $257,600.00          $257,600.00

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**Real Property** _____

☐ **Check if this is community property**
(see instructions)

---

Debtor 1 __Steven Michael Davis, II__ Case number (if known) __17-41860-rfn__

| | | |
|---|---|---|
| **1.18.** | **What is the property?** Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| **5424 Lavaca Rd., Grand Prairie, TX 75052** **Being purchased by Ernest Bodene Slaughter under owner finance agreement** | ☑ Single-family home ☐ Duplex or multi-unit building ☐ Condominium or cooperative ☐ Manufactured or mobile home ☐ Land ☐ Investment property ☐ Timeshare ☐ Other _____ | **Current value of the entire property?** $240,700.00  **Current value of the portion you own?** $240,700.00  **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known:** |
| County _____ | **Who has an interest in the property?** Check one. ☑ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☐ At least one of the debtors and another | **Real Property**  ☐ **Check if this is community property** (see instructions) |
| | **Other information you wish to add about this item, such as local property identification number:** _____ | |

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................................................... ➜ | $4,481,724.00 |

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.** Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

    ☐ No
    ☑ Yes

| | | |
|---|---|---|
| **3.1.** Make: **Chevrolet** Model: **Escalada** Year: **2014** Approximate mileage: _____ Other information: **2014 Chevrolet Escalada** | **Who has an interest in the property?** Check one. ☐ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☐ At least one of the debtors and another  ☐ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*  **Current value of the entire property?** $30,000.00  **Current value of the portion you own?** $30,000.00 |
| **3.2.** Make: **Chevrolet** Model: **Silverado** Year: **2015** Approximate mileage: _____ Other information: **2015 Chevrolet Silverado** | **Who has an interest in the property?** Check one. ☐ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☐ At least one of the debtors and another  ☐ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*  **Current value of the entire property?** $30,000.00  **Current value of the portion you own?** $30,000.00 |

**4.** Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
    ☑ No
    ☐ Yes

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................................... ➜ | $60,000.00 |

Debtor 1 __Steven Michael Davis, II__          Case number (if known) __17-41860-rfn__

| Part 3: | Describe Your Personal and Household Items |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☑ Yes. Describe..... **See continuation page(s).**                    $4,525.00

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☑ No
☐ Yes. Describe.....                    _____

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
☑ Yes. Describe..... **See continuation page(s).**                    $800.00

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
☑ Yes. Describe..... **Rossi 38 Revolver Pistol (1) $75.00**                    $275.00
**Remington 30.06 Rifle (1) $100.00**
**Remington 1100 Shotgun (1) $100.00**

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☑ No
☐ Yes. Describe.....                    _____

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☑ Yes. Describe..... **Jeans (4) $80.00**                    $0.00
**Jean Shorts (4) $60.00**
**Polo Shirts (12) $240.00**
**Dress Shirts (6) $120.00**
**T-Shirts (10) $50.00**
**Running Shoes (3) $75.00**
**Dress Pants (4) $80.00**
**Suit (1) $200.00**
**Shorts (10) $50.00**

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☑ Yes. Describe..... **Male Wedding Ring (1) $50.00**                    $50.00

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☑ No
☐ Yes. Describe.....                    _____

Debtor 1   **Steven Michael Davis, II**      Case number (if known)   **17-41860-rfn**

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific
information.............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here**.................................................................... ➔ | **$5,650.00**

| Part 4: | Describe Your Financial Assets |

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes.......................................................................... Cash: .........................    **$0.00**

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes...........................    Institution name:

    17.1.   Checking account:    **Chase DIP Checking account**
                                     **xxxxxx7589**                                            **$0.00**

    17.2.   Checking account:    **Steven M. Davis II**
                                     **d/b/a SMD2 Enterprises**
                                     **Checking account xxxxxx9880**                      **$0.00**

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes...........................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☑ Yes. Give specific
    information about
    them...........................    Name of entity:                       % of ownership:

                                      **Steven M. Davis II d/b/a**
                                      **SMD2 Enterprises LLC**                                       **Unknown**

                                      **Davis Real Estate Services and Investments LLC**
                                      **(Dormant)**                                          **Unknown**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific
    information about
    them...........................    Issuer name:

Debtor 1  **Steven Michael Davis, II**                              Case number (if known) __17-41860-rfn__

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
    profit-sharing plans

    ☐ No
    ☑ Yes. List each
       account separately.      Type of account:      Institution name:

                                IRA:                  **TDAmeritradeRoth IRA $100.00**
                                                      **(set up several years ago)**                                    **$100.00**

                                Retirement account:   **Northwestern Mutual 529 Plan $8000.00**
                                                      **(Set up about 13 years ago - no recent contributions)**         **$8,000.00**

                                Retirement account:   **State Farm Coverdell ERA $432.80**                              **$432.80**

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
    companies, or others

    ☑ No
    ☐ Yes............................      Institution name or individual:

23. **Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes............................      Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes............................      Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or**
    **powers exercisable for your benefit**

    ☑ No
    ☐ Yes.  Give specific
       information about them                                                                              _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes.  Give specific
       information about them                                                                              _____

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No
    ☐ Yes.  Give specific
       information about them                                                                              _____

**Money or property owed to you?**                                                    **Current value of the**
                                                                                      **portion you own?**
                                                                                      Do not deduct secured
                                                                                      claims or exemptions.

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes.  Give specific information                             Federal: _____
       about them, including whether
       you already filed the returns                              State: _____
       and the tax years.....................
                                                                  Local: _____

Debtor 1  __Steven Michael Davis, II__                                Case number (if known)  __17-41860-rfn__

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes. Give specific information

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No
☐ Yes. Give specific information                                _____

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☒ No
☐ Yes. Name the insurance
company of each policy
and list its value................    Company name:              Beneficiary:                Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☒ No
☐ Yes. Give specific information                                _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No
☐ Yes. Describe each claim........                                _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
☒ Yes. Describe each claim........    **See continuation page(s).**                  __$0.00__

**35. Any financial assets you did not already list**

☒ No
☐ Yes. Give specific information                                _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.........................................................** ➔  | **$8,532.80** |

**Part 5:**    **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.
☒ Yes. Go to line 38.

Debtor 1    **Steven Michael Davis, II**    Case number (if known)    **17-41860-rfn**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☐ No
☑ Yes. Describe.. **Monthly Accounts Receivable (paid current):**    **$0.00**
**6357 Ferncreek $1,399.79/month**
**9632 Minton $1,183.10/month**
**10805 Elmhurst $1,989.43/month**
**7013 Lindentree $1493.26/month**
**7017 Lindentree $1,643.42/month**
**1310 McEntire $2,595.00/month**
**5204 Shiver $1,637.25/month**
**6545 Regina $1,295.00/month**
**2108 Haylee $1,395.00/month**
**6457 Alexandria Meadosw $1,595.00/month**
**1708 Quails Nest $1,795.00/month**
**14037 Bronc Pen $1,295.00/month**
**6112 Tilapia $1,360.00/month**
**11633 Estacado $1,595.00/month**
**6412 Geneva $540.00/month**
**5424 Lavaca $2,162.00/month**
**5440 Brazoria $2,162.00/month**

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☑ Yes. Describe.. **Desks (2) $200.00**    **$710.00**
**Laptop (2) $250.00**
**Miscellaneous Office Supplies $25.00**
**Printer $100.00**
**3 File Cabinets $75**
**4 Chairs $40**
**2 Shelfs $20**

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe..

41. **Inventory**

☑ No
☐ Yes. Describe..

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe..... Name of entity:    % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
   ☐ No
   ☐ Yes. Describe.....

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

Debtor 1   **Steven Michael Davis, II**          Case number (if known)   **17-41860-rfn**

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here................................................................ → **$710.00**

---

**Part 6:**   **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

---

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

☒ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish
☒ No
☐ Yes....                           _____

48. **Crops--either growing or harvested**
☒ No
☐ Yes. Give specific
information...............             _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
☒ No
☐ Yes....                           _____

50. **Farm and fishing supplies, chemicals, and feed**
☒ No
☐ Yes....                           _____

51. **Any farm- and commercial fishing-related property you did not already list**
☒ No
☐ Yes. Give specific
information...............             _____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here................................................................ → **$0.00**

---

**Part 7:**   **Describe All Property You Own or Have an Interest in That You Did Not List Above**

---

53. Do you have other property of any kind you did not already list?
*Examples:* Season tickets, country club membership
☒ No
☐ Yes. Give specific information.

54. Add the dollar value of all of your entries from Part 7. Write that number here............................................... → **$0.00**

Debtor 1 **Steven Michael Davis, II**        Case number (if known) **17-41860-rfn**

| **Part 8:** | **List the Totals of Each Part of this Form** |
| --- | --- |

55. **Part 1: Total real estate, line 2**...................................................................................................➔    **$4,481,724.00**

56. **Part 2: Total vehicles, line 5**      **$60,000.00**

57. **Part 3: Total personal and household items, line 15**      **$5,650.00**

58. **Part 4: Total financial assets, line 36**      **$8,532.80**

59. **Part 5: Total business-related property, line 45**      **$710.00**

60. **Part 6: Total farm- and fishing-related property, line 52**      **$0.00**

61. **Part 7: Total other property not listed, line 54**    +      **$0.00**

62. **Total personal property.**   Add lines 56 through 61..................    **$74,892.80**    Copy personal property total ➔   +    **$74,892.80**

63. **Total of all property on Schedule A/B.**    Add line 55 + line 62................................................................    **$4,556,616.80**

Debtor 1   **Steven Michael Davis, II**          Case number (if known)   **17-41860-rfn**

---

6.   <u>Household goods and furnishings (details):</u>

| | |
|---|---|
| **Living Room Furnishings**<br>**(Couch (2), Chairs (2) , Recliner (1) , TV, DVD/Surround System)** | $800.00 |
| **Game Room Furnishings**<br>**(Couch, Love Seat, Recliner, Entertainment Center, Coffee Table, TV, DVD/Surround System)** | $800.00 |
| **Master Bedroom Furnishings**<br>**(Bed, Dresser, TV, TV Stand, Lamp)** | $750.00 |
| **Guest Room Furnishings**<br>**(Dresser, Bed, Night Stand, Lamp** | $350.00 |
| **Children's Room**<br>**(Bed, Dresser, TV, TV Stand, Desk)** | $400.00 |
| **Children's Room**<br>**(Bed, Dresser, Computer, Book Shelf)** | $400.00 |
| **Kitchen Table and Chairs, Bar Stools (3)** | $275.00 |
| **Formal Dining Table and Chairs, China Cabinet** | $750.00 |

8.   <u>Collectibles of value (details):</u>

| | |
|---|---|
| **Miscellaneous Children's Books** | $200.00 |
| **Miscellaneous Audio CD's** | $350.00 |
| **Miscellaneous DVD's** | $250.00 |

34.   <u>Other contingent and unliquidated claims of every nature (details):</u>

| | |
|---|---|
| **Judgment (Uncollectable) Stringfellow Rent in the amount of $2,140.00** | $0.00 |
| **Judgment in Counterclaim in the amount of $7,150.00 (Uncollectable)**<br>**Thomas and Joey-Danielle Smalling**<br>**3617 Varden**<br>**Ft. Worth, TX  76244** | $0.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven** | **Michael** | **Davis, II** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **17-41860-rfn**
(if known)

☐ Check if this is an amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **800 Weybridge Lane, Keller, TX 76248**<br>Line from *Schedule A/B*: **1.1** | **$516,700.00** | ☒ **$168,699.26**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description: **2014 Chevrolet Escalada**<br>Line from *Schedule A/B*: **3.1** | **$30,000.00** | ☒ **$4,662.45**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **2015 Chevrolet Silverado**<br>Line from *Schedule A/B*: **3.2** | **$30,000.00** | ☒ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☒ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☒ No

       ☐ Yes

| Debtor 1 | **Steven Michael Davis, II** | Case number (if known) | **17-41860-rfn** |

---

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Living Room Furnishings**<br>**(Couch (2), Chairs (2) , Recliner (1) , TV, DVD/Surround System)**<br>Line from *Schedule A/B*: ____6____ | $800.00 | ☑ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Game Room Furnishings**<br>**(Couch, Love Seat, Recliner, Entertainment Center, Coffee Table, TV, DVD/Surround System)**<br>Line from *Schedule A/B*: ____6____ | $800.00 | ☑ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Master Bedroom Furnishings**<br>**(Bed, Dresser, TV, TV Stand, Lamp)**<br>Line from *Schedule A/B*: ____6____ | $750.00 | ☑ $750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Guest Room Furnishings**<br>**(Dresser, Bed, Night Stand, Lamp**<br>Line from *Schedule A/B*: ____6____ | $350.00 | ☑ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Children's Room**<br>**(Bed, Dresser, TV, TV Stand, Desk)**<br>Line from *Schedule A/B*: ____6____ | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Children's Room**<br>**(Bed, Dresser, Computer, Book Shelf)**<br>Line from *Schedule A/B*: ____6____ | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Kitchen Table and Chairs, Bar Stools (3)**<br>Line from *Schedule A/B*: ____6____ | $275.00 | ☑ $275.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Formal Dining Table and Chairs, China Cabinet**<br>Line from *Schedule A/B*: ____6____ | $750.00 | ☑ $750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Miscellaneous Children's Books**<br>Line from *Schedule A/B*: ____8____ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1 __Steven Michael Davis, II__     Case number (if known) __17-41860-rfn__

| **Part 2:** | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Miscellaneous Audio CD's**<br><br>Line from *Schedule A/B*: __8__ | $350.00 | ☑ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Miscellaneous DVD's**<br><br>Line from *Schedule A/B*: __8__ | $250.00 | ☑ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Rossi 38 Revolver Pistol (1) $75.00**<br>**Remington 30.06 Rifle (1) $100.00**<br>**Remington 1100 Shotgun (1) $100.00**<br>Line from *Schedule A/B*: __9__ | $275.00 | ☑ $275.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**Jeans (4) $80.00**<br>**Jean Shorts (4) $60.00**<br>**Polo Shirts (12) $240.00**<br>**Dress Shirts (6) $120.00**<br>**T-Shirts (10) $50.00**<br>**Running Shoes (3) $75.00**<br>**Dress Pants (4) $80.00**<br>**Suit (1) $200.00**<br>**Shorts (10) $50.00**<br>Line from *Schedule A/B*: __11__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description:<br>**Male Wedding Ring (1) $50.00**<br><br>Line from *Schedule A/B*: __12__ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description:<br>**Northwestern Mutual 529 Plan $8000.00 (Set up about 13 years ago - no recent contributions)**<br>Line from *Schedule A/B*: __21__ | $8,000.00 | ☑ $8,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description:<br>**State Farm Coverdell ERA $432.80**<br><br>Line from *Schedule A/B*: __21__ | $432.80 | ☑ $432.80<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description:<br>**TDAmeritradeRoth IRA $100.00 (set up several years ago)**<br>Line from *Schedule A/B*: __21__ | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |

Debtor 1   **Steven Michael Davis, II**                              Case number (if known)   **17-41860-rfn**

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Desks (2) $200.00**<br>**Laptop (2) $250.00**<br>**Miscellaneous Office Supplies $25.00**<br>**Printer $100.00**<br>**3 File Cabinets $75**<br>**4 Chairs $40**<br>**2 Shelfs $20**<br>Line from *Schedule A/B*: __**39**__ | $710.00 | ☑ $710.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |

**Fill in this information to identify your case:**

Debtor 1    **Steven**      **Michael**      **Davis, II**
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number    **17-41860-rfn**
(if known)

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| 2.1 | | | |
|---|---|---|---|

**Alexandra Meadows Owners Associa**
Creditor's name
**Principal Management Group**
Number    Street
**127 Park Central Drive Ste #600**

**Describe the property that secures the claim:**    $1,625.00    $0.00    $1,625.00

**6457 Alexandra Meadows, Ft. Worth, TX 76131**

**Dallas**      **TX**    **75251-1537**
City      State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **HOA Dues**

**Last 4 digits of account number**    **7   6   0   7**

**Add the dollar value of your entries in Column A on this page. Write that number here:**    | $1,625.00 |

Debtor 1 **Steven Michael Davis, II**
Case number (if known) **17-41860-rfn**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.2**

**Alexandra Meadows Owners Associa**
Creditor's name
**Principal Management Group**
Number     Street
**127 Park Central Drive Ste #600**

_____

**Dallas          TX    75251-1537**
City                    State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:
**2108 Haylee, Ft. Worth, TX 76131**      $1,397.93      $0.00      $1,397.93

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **HOA Dues**

**Last 4 digits of account number**     7   6   4   9

---

**2.3**

**Alexandra Meadows Owners Associa**
Creditor's name
**Principal Management Group**
Number     Street
**127 Park Central Drive Ste #600**

_____

**Dallas          TX    75251-1537**
City                    State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:
**6545 Regina, Ft. Worth, TX 76131**      $1,858.00      $0.00      $1,858.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **HOA Dues**

**Last 4 digits of account number**     7   6   2   3

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**          **$3,255.93**

Debtor 1  **Steven Michael Davis, II**                     Case number (if known)  **17-41860-rfn**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them<br>sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** | Column C<br>**Unsecured<br>portion**<br>If any |
|---|---|---|---|---|

**2.4**

Describe the property that
secures the claim:                    **$25,337.55**        **$30,000.00**

**Ally Financial**
Creditor's name                       **2014 Chevrolet Escalada**
**PO Box 78234**
Number     Street


**Phoenix**          **AZ**   **85062**    As of the date you file, the claim is: Check all that apply.
City                State  ZIP Code    ☐ Contingent
                                      ☐ Unliquidated
**Who owes the debt?**  Check one.    ☐ Disputed
☐ Debtor 1 only
☐ Debtor 2 only                       **Nature of lien.**  Check all that apply.
☐ Debtor 1 and Debtor 2 only          ☐ An agreement you made (such as mortgage or secured car loan)
☐ At least one of the debtors and another  ☐ Statutory lien (such as tax lien, mechanic's lien)
                                      ☐ Judgment lien from a lawsuit
☐ **Check if this claim relates**     ☑ Other (including a right to offset)
   **to a community debt**               **Purchase Money**

Date debt was incurred _____  Last 4 digits of account number ___ ___ ___ ___

**2.5**

Describe the property that
secures the claim:                    **$33,294.03**        **$30,000.00**        **$3,294.03**

**Ally Financial**
Creditor's name                       **2015 Chevrolet Silverado**
**PO Box 78234**
Number     Street


**Phoenix**          **AZ**   **85062**    As of the date you file, the claim is: Check all that apply.
City                State  ZIP Code    ☐ Contingent
                                      ☐ Unliquidated
**Who owes the debt?**  Check one.    ☐ Disputed
☐ Debtor 1 only
☐ Debtor 2 only                       **Nature of lien.**  Check all that apply.
☐ Debtor 1 and Debtor 2 only          ☐ An agreement you made (such as mortgage or secured car loan)
☐ At least one of the debtors and another  ☐ Statutory lien (such as tax lien, mechanic's lien)
                                      ☐ Judgment lien from a lawsuit
☐ **Check if this claim relates**     ☑ Other (including a right to offset)
   **to a community debt**               **Purchase Money**

Date debt was incurred _____  Last 4 digits of account number ___ ___ ___ ___


**Add the dollar value of your entries in Column A on this page.  Write
that number here:**                          | **$58,631.58** |

Debtor 1 **Steven Michael Davis, II**  Case number (if known) **17-41860-rfn**

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

---

**2.6**

**Basswood Park HOA**
Creditor's name
**PCMC Processing Center**
Number    Street
**PO Box 60908**

**Phoenix**          **AZ**    **85082**
City              State  ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:    **Unknown**    **$195,184.00**    **Unknown**

**7013 Lindentree, Ft. Worth, TX 76137**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **HOA Dues**

**Last 4 digits of account number** ___ ___ ___ ___

---

**2.7**

**Basswood Park HOA**
Creditor's name
**PCMC Processing Center**
Number    Street
**PO Box 60908**

**Phoenix**          **AZ**    **85082**
City              State  ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:    **Unknown**    **$226,000.00**    **Unknown**

**7017 Lindentree, Ft. Worth, TX 76137**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **HOA Dues**

**Last 4 digits of account number** ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**    **$0.00**

Debtor 1 **Steven Michael Davis, II**                     Case number (if known) **17-41860-rfn**

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* Amount of claim Do not deduct the value of collateral | *Column B* Value of collateral that supports this claim | *Column C* Unsecured portion If any |
|---|---|---|---|---|

---

**2.8**

**Carrington Mortgage Services, LLC**
Creditor's name
**PO Box 3489**
Number    Street

**Describe the property that secures the claim:**
**5424 Lavaca Rd., Grand Prairie, TX 75052**

$188,864.92     $240,700.00

**Anaheim        CA    92803**
City              State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Purchase Money**

**Last 4 digits of account number** **2  0  2  0**

---

**2.9**

**Carrington Mortgage Services, LLC**
Creditor's name
**PO Box 3489**
Number    Street

**Describe the property that secures the claim:**
**5440 Brazoria, Grand Prairie, TX 75050**

$209,500.00     $257,600.00

**Anaheim        CA    92803**
City              State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Purchase Money**

**Last 4 digits of account number** **0  9  2  3**

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**

$398,364.92

Debtor 1 **Steven Michael Davis, II**                     Case number (if known) **17-41860-rfn**

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* Amount of claim Do not deduct the value of collateral | *Column B* Value of collateral that supports this claim | *Column C* Unsecured portion If any |
|---|---|---|---|---|

**2.10**

Central Mortgage
Creditor's name
801 John Barrow Rd.
Number      Street
Suite 1

Little Rock          AR     72205
City                     State   ZIP Code

**Describe the property that secures the claim:**

5204 Shiver, Ft. Worth, TX 76244

| | Column A | Column B | Column C |
|---|---|---|---|
| | $204,341.67 | $204,300.00 | $41.67 |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
   **Real Estate**

Date debt was incurred _____     Last 4 digits of account number   5   4   8   1

**2.11**

Chase Bank formerly known as EMC
Creditor's name
Mail Code OH4-7302
Number      Street
PO Box 24696

Columbus         OH    43224-0696
City                     State   ZIP Code

**Describe the property that secures the claim:**

1708 Quails Nest, Ft. Worth, TX 76177

| | Column A | Column B |
|---|---|---|
| | $243,933.13 | $275,240.00 |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
   **Purchase Money**

Date debt was incurred _____     Last 4 digits of account number   6   1   8   0

**2nd Lien**

Add the dollar value of your entries in Column A on this page. Write that number here:          **$448,274.80**

Debtor 1 **Steven Michael Davis, II**    Case number (if known) **17-41860-rfn**

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

---

**2.12**

**CitiMortgage**
Creditor's name
**PO Box 6243**
Number    Street

**Sioux Falls    SD    57117-6243**
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**6112 Tilapia, Ft. Worth, TX 76179**

| $110,874.56 | $114,800.00 | |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Fee Simple**

**Last 4 digits of account number** 3 5 2 2

---

**2.13**

**Citimortgage**
Creditor's name
**PO Box 6243**
Number    Street

**Sioux Falls    SD    57117-6243**
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**11633 Estacado, Frisco, TX 75034**

| Unknown | $470,700.00 | Unknown |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Fee Simple**

**Last 4 digits of account number** 2 2 1 4

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**

| **$110,874.56** |

Debtor 1    **Steven Michael Davis, II**        Case number (if known)   **17-41860-rfn**

| | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **Part 1:** | | | | |

---

**2.14**

**Crawford Farms HOA**
Creditor's name
**1240 Keller Parkway, Suite 200**
Number    Street

**Keller**      **TX**   **76248**
City       State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:
**10805 Elmhurst, Ft. Worth, TX 76244**

Column A: **$3,000.00**    Column B: **$280,600.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **HOA Dues**

**Last 4 digits of account number** ___ ___ ___ ___

---

**2.15**

**Ditech**
Creditor's name
**PO Box 6172**
Number    Street

**Rapid City**     **SD**   **57709**
City       State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:
**10805 Elmhurst, Fort Worth, TX 76244**

Column A: **$291,755.47**    Column B: **$280,600.00**    Column C: **$14,155.47**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Mortgage**

**Last 4 digits of account number** ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**

**$294,755.47**

Debtor 1 **Steven Michael Davis, II**        Case number (if known) **17-41860-rfn**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.16**

**Eagle Mountain-Saginaw ISD**
Creditor's name
**PO Box 13430**
Number    Street

Describe the property that secures the claim: **$1,176.74** | **$198,300.00** | **$1,176.74**

**6457 Alexandra Meadows, Keller, TX**

**Arlington**    **TX**    **76094-0430**
City      State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Property Taxes**

Last 4 digits of account number   **2**   **9**   **0**   **1**

---

**2.17**

**Eldorado Fairways HOA**
Creditor's name
**c/o SBB Management**
Number    Street
**8360 LBJ Freeway, Suite 300**

Describe the property that secures the claim: **Unknown** | **$59,389.84** | **Unknown**

**11633 Estacado, Frisco, TX 75034**

**Dallas**    **TX**    **75243**
City      State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **HOA Dues**

Last 4 digits of account number   **9**   **4**   **4**   **9**

---

Add the dollar value of your entries in Column A on this page. Write that number here:      **$1,176.74**

Debtor 1 **Steven Michael Davis, II**          Case number (if known) **17-41860-rfn**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.18**

**Greentree Financial**
Creditor's name
**PO Box 6172**
Number    Street

| Describe the property that secures the claim: | **Unknown** | **$470,700.00** | **Unknown** |
|---|---|---|---|

**11633 Estacado, Frisco, TX 75036**

**Rapid City          SD    57709-6172**
City                    State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **2nd Lien**

**Last 4 digits of account number**    **0   5   7   3**

---

**2.19**

**Lake Park HOA**
Creditor's name
**c/o Principal Management Group**
Number    Street
**1225 Alma Rd., Suite 100**

| Describe the property that secures the claim: | **$1,297.00** | **$0.00** | **$1,297.00** |
|---|---|---|---|

**5440 Brazoria, Grand Prairie, TX 75050**

**Richardson          TX    75081**
City                    State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Homeowner Association Dues**

**Last 4 digits of account number**    **4   3   1   3**

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**          **$1,297.00**

Debtor 1   **Steven Michael Davis, II**      Case number (if known)   **17-41860-rfn**

| **Part 1:** | **Additional Page** <br> After listing any entries on this page, number them sequentially from the previous page. | *Column A* <br> **Amount of claim** <br> Do not deduct the value of collateral | *Column B* <br> **Value of collateral that supports this claim** | *Column C* <br> **Unsecured portion** <br> If any |
|---|---|---|---|---|

**2.20**

**Lake Park HOA**
Creditor's name
**c/o Principal Management Group**
Number    Street
**1225 Alma Rd., Suite 100**

_____

**Richardson**     **TX**    **75081**
City           State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:      **$1,297.00**      **$240,700.00**

**5424 Lavaca Rd., Grand Prairie, TX 75052**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Homeowner Association Dues**

Last 4 digits of account number ___ ___ ___ ___

---

**2.21**

**Moncor Inc.**
Creditor's name
**15301 Spectrum Dr. 405**
Number    Street

_____

**Addison**     **TX**    **75001**
City           State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:      **Unknown**      **$275,240.00**      **Unknown**

**1708 Quails Nest**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Tax Loan**

Last 4 digits of account number   **2**   **3**   **4**   **0**

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**      **$1,297.00**

Debtor 1 **Steven Michael Davis, II**  Case number (if known) **17-41860-rfn**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

---

**2.22**

**Nationstar Mortgage**
Creditor's name
**PO Box 619098**
Number     Street

_____

**Dallas        TX   75261**
City            State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

**1310 McEntire Court, Keller, TX  76248**

Column A: **$315,397.00**   Column B: **$368,500.00**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Real Estate**

**Last 4 digits of account number    4   8   5   0**

---

**2.23**

**Nationstar Mortgage**
Creditor's name
**PO Box 619098**
Number     Street

_____

**Dallas        TX   75261**
City            State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

**6412 Geneva, Ft. Worth, TX 76131**

Column A: **$99,326.43**   Column B: **$155,700.00**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Fee Simple**

**Last 4 digits of account number    2   2   4   6**

---

**Add the dollar value of your entries in Column A on this page.  Write that number here:**

**$414,723.43**

Debtor 1 **Steven Michael Davis, II**          Case number (if known) **17-41860-rfn**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.24**

**NYCB Mortgage Company**
Creditor's name
**PO Box 91234**
Number   Street

Describe the property that secures the claim:

**800 Weybridge, Keller, TX 76248**

Column A: **$284,925.00**  Column B: **$516,700.00**

**Cleveland**    **OH**  **44101**
City      State  ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
**Homestead**

Date debt was incurred _____

Last 4 digits of account number  **6**  **1**  **2**  **4**

---

**2.25**

**Ocwen Loan Servicing**
Creditor's name
**2711 Centerville Road**
Number   Street
**Suite 400**

Describe the property that secures the claim:

**6457 Alexandra Meadows, Ft. Worth, TX 76131**

Column A: **$206,182.80**  Column B: **$198,300.00**  Column C: **$7,882.80**

**Wilmington**    **DE**  **19808**
City      State  ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
**Real Estate**

Date debt was incurred _____

Last 4 digits of account number  **7**  **2**  **0**  **0**

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**   **$491,107.80**

Debtor 1 **Steven Michael Davis, II**      Case number (if known) **17-41860-rfn**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

---

**2.26**

**Ocwen Loan Servicing**
Creditor's name
**2711 Centerville Road**
Number    Street
**Suite 400**

**Wilmington**    **DE**    **19808**
City      State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

| | Column A | Column B | Column C |
|---|---|---|---|
| Describe the property that secures the claim:<br>**2108 Haylee, Ft. Worth, TX 76131** | $161,000.00 | $119,375.00 | $41,625.00 |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Real Estate**

Last 4 digits of account number   **0**   **2**   **8**   **7**

---

**2.27**

**Ocwen Loan Servicing**
Creditor's name
**2711 Centerville Road**
Number    Street
**Suite 400**

**Wilmington**    **DE**    **19808**
City      State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

| | Column A | Column B |
|---|---|---|
| Describe the property that secures the claim:<br>**7013 Lindentree, Ft. Worth, TX 76137** | $161,000.00 | $195,184.00 |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Real Estate**

Last 4 digits of account number   **7**   **3**   **1**   **7**

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**     **$322,000.00**

Debtor 1    **Steven Michael Davis, II**        Case number (if known)   **17-41860-rfn**

| **Part 1:** | **Additional Page** <br> After listing any entries on this page, number them sequentially from the previous page. | Column A <br> **Amount of claim** <br> Do not deduct the value of collateral | Column B <br> **Value of collateral that supports this claim** | Column C <br> **Unsecured portion** <br> If any |
|---|---|---|---|---|

---

**2.28**

**Ocwen Loan Servicing**
Creditor's name
**2711 Centerville Road**
Number    Street
**Suite 400**

**Wilmington**     **DE**    **19808**
City         State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

Describe the property that secures the claim:

**7017 Lindentree, Ft. Worth, TX 76137**

     $164,772.36       $226,000.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Real Estate**

Last 4 digits of account number   **7**   **3**   **0**   **9**

---

**2.29**

**Ocwen Loan Servicing**
Creditor's name
**2711 Centerville Road**
Number    Street
**Suite 400**

**Wilmington**     **DE**    **19808**
City         State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

Describe the property that secures the claim:

**6545 Regina, Ft. Worth, TX 76131**

     $157,000.00       $185,900.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Real Estate**

Last 4 digits of account number   **0**   **2**   **9**   **5**

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**      **$321,772.36**

Debtor 1 **Steven Michael Davis, II**      Case number (if known) **17-41860-rfn**

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

---

**2.30**

**Ocwen Loan Servicing**
Creditor's name
**2711 Centerville Road**
Number    Street
**Suite 400**

Describe the property that secures the claim:

**9632 Minton, Ft. Worth, TX 76108**

$132,500.00      $169,800.00

**Wilmington**    **DE**    **19808**
City     State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Purchase Money**

Last 4 digits of account number   3   6   8   8

---

**2.31**

**Ocwen Loan Servicing**
Creditor's name
**2711 Centerville Road**
Number    Street
**Suite 400**

Describe the property that secures the claim:

**6357 Ferncreek, Fort Worth, TX 76179**

$173,500.00      $187,700.00

**Wilmington**    **DE**    **19808**
City     State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Purchase Money**

Last 4 digits of account number   3   7   8   7

---

Add the dollar value of your entries in Column A on this page. Write that number here:

**$306,000.00**

Debtor 1 **Steven Michael Davis, II**    Case number (if known) **17-41860-rfn**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.32**

| | Describe the property that secures the claim: | **$63,075.74** | **$516,700.00** | |
|---|---|---|---|---|

**Ocwen Loan Servicing**
Creditor's name
**2711 Centerville Road**
Number Street
**Suite 400**

**800 Weybridge Lane, Keller, TX 76248**

**Wilmington DE 19808**
City State ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
**Real Estate**

Date debt was incurred _____ Last 4 digits of account number **5 1 8 6**

2nd Lien

---

**2.33**

| | Describe the property that secures the claim: | **Unknown** | **$275,240.00** | **Unknown** |
|---|---|---|---|---|

**Quails Grove HOA**
Creditor's name
**c/o SBB Management**
Number Street
**8360 LBJ Freeway, Ste 300**

**1708 Quails Nest, Ft. Worth, TX 76177**

**Dallas TX 75243**
City State ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
**HOA Dues**

Date debt was incurred _____ Last 4 digits of account number ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**  **$63,075.74**

Debtor 1 **Steven Michael Davis, II**   Case number (if known) **17-41860-rfn**

| | **Additional Page** | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | After listing any entries on this page, number them sequentially from the previous page. | Amount of claim Do not deduct the value of collateral | Value of collateral that supports this claim | Unsecured portion If any |

**2.34**

**Red Rock Financial Services**
Creditor's name
**7251 Amigo Street, Suite 100**
Number      Street

Describe the property that secures the claim:           Unknown     $204,300.00     Unknown

**5204 Shiver, Ft. Worth, TX 76244**

**Las Vegas      NV    89119**
City                State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
**Homeowner Dues**

Date debt was incurred _____   Last 4 digits of account number   **7  3  0  3**

**2.35**

**Red Rock Financial Services**
Creditor's name
**7251 Amigo Street, Suite 100**
Number      Street

Describe the property that secures the claim:           Unknown     $152,900.00     Unknown

**7017 Lindentree, Ft. Worth, TX 76137**

**Las Vegas      NV    89119**
City                State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
**Homeowner Dues**

Date debt was incurred _____   Last 4 digits of account number   **7  4  1  2**

**Add the dollar value of your entries in Column A on this page. Write that number here:**          **$0.00**

Debtor 1  **Steven Michael Davis, II**                              Case number (if known)  **17-41860-rfn**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

---

2.36

**Red Rock Financial Services**
Creditor's name
**7251 Amigo Street, Suite 100**
Number    Street

Describe the property that secures the claim:

**10805 Elmhurst, Ft. Worth, TX 76244**

| **Unknown** | **$280,600.00** | **Unknown** |

**Las Vegas          NV    89119**
City                          State    ZIP Code

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

Nature of lien.  Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **HOA Dues**

Date debt was incurred  _____     Last 4 digits of account number    **9    0    4    7**

---

2.37

**ReTax Funding**
Creditor's name
**14785 Preston Rd. Suite 495**
Number    Street

Describe the property that secures the claim:

**9632 Minton, Ft. Worth, TX 76108**

| **Unknown** | **$169,800.00** | **Unknown** |

**Dallas          TX    75254**
City                          State    ZIP Code

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

Nature of lien.  Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Property Tax Lien**

Date debt was incurred  _____     Last 4 digits of account number    **6    4    1    8**

---

**Add the dollar value of your entries in Column A on this page.  Write that number here:**

| **$0.00** |

Debtor 1 __Steven Michael Davis, II__                    Case number (if known) __17-41860-rfn__

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

---

**2.38**

**ReTax Funding**
Creditor's name
**14785 Preston Rd. Suite 495**
Number     Street

**Dallas          TX   75254**
City                State  ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:     Unknown     $169,800.00     Unknown

**9632 Minton, Ft. Worth, TX 76108**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
    **Property Tax Lien**

Last 4 digits of account number    __1__  __0__  __8__  __7__

---

**2.39**

**ReTax Funding**
Creditor's name
**14785 Preston Rd. Suite 495**
Number     Street

**Dallas          TX   75254**
City                State  ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:     Unknown     $187,700.00     Unknown

**6347 Ferncreek, Ft. Worth, TX 76179**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
    **Property Tax Lien**

Last 4 digits of account number    __6__  __4__  __0__  __7__

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**          __$0.00__

Debtor 1    **Steven Michael Davis, II** _____    Case number (if known)  **17-41860-rfn**

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

---

| 2.40 | | | | |
|---|---|---|---|---|

Describe the property that secures the claim:    **Unknown**    **$187,700.00**    **Unknown**

**ReTax Funding**
Creditor's name
**14785 Preston Rd. Suite 495**
Number    Street

**6357 Ferncreek, Ft. Worth, TX 76179**

_____

**Dallas          TX    75254**
City              State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.**  Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Property Tax Lien**

**Date debt was incurred** _____    Last 4 digits of account number    **1    0    8    5**

---

| 2.41 | | | | |
|---|---|---|---|---|

Describe the property that secures the claim:    **Unknown**    **$187,700.00**    **Unknown**

**ReTax Funding**
Creditor's name
**14785 Preston Rd. Suite 495**
Number    Street

**6357 Ferncreek, Ft. Worth, TX 76179**

_____

**Dallas          TX    75254**
City              State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.**  Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Property Tax Lien**

**Date debt was incurred** _____    Last 4 digits of account number    **9    7    8    0**

---

**Add the dollar value of your entries in Column A on this page.  Write that number here:**    **$0.00**

Debtor 1 **Steven Michael Davis, II**          Case number (if known) **17-41860-rfn**

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* Amount of claim Do not deduct the value of collateral | *Column B* Value of collateral that supports this claim | *Column C* Unsecured portion If any |
|---------|---|---|---|---|

---

**2.42**

**ReTax Funding**
Creditor's name
**14785 Preston Rd. Suite 495**
Number     Street

| Describe the property that secures the claim: | | | |
|---|---|---|---|
| **9632 Minton, Fort Worth, TX 76108** | Unknown | $169,800.00 | Unknown |

**Dallas          TX    75254**
City          State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Property Tax Lien**

Last 4 digits of account number ___ ___ ___ ___

---

**2.43**

**Sendera Ranch HOA**
Creditor's name
**c/o SBB Management**
Number     Street
**8360 LBJ Freeway, Suite 300**

| Describe the property that secures the claim: | | | |
|---|---|---|---|
| **14037 Bronc Pen, Ft. Worth, TX 76052** | Unknown | $161,200.00 | Unknown |

**Dallas          TX    75243**
City          State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **HOA Dues**

Last 4 digits of account number   **8   0   0   7**

---

Add the dollar value of your entries in Column A on this page. Write that number here:          **$0.00**

Debtor 1 **Steven Michael Davis, II**    Case number (if known) **17-41860-rfn**

| **Part 1:** Additional Page<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

---

**2.44**

**Sendera Ranch HOA**
Creditor's name
**c/o SBB Management**
Number     Street
**8360 LBJ Freeway, Suite 300**

_____

**Dallas          TX    75243**
City                State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:
**14037 Bronc Pen, Ft. Worth, TX  76052**

| Unknown | $161,200.00 | Unknown |
|---|---|---|

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **HOA Dues**

**Last 4 digits of account number   8   0   2   3**

---

**2.45**

**Settlement Village Residential Assoc**
Creditor's name
**PO Box 150126**
Number     Street

_____

**White Settlement  TX   76108**
City                State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:
**9632 Minton, Fort Worth, TX 76108**

| $2,268.00 | $169,800.00 | |
|---|---|---|

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **HOA Dues**

**Last 4 digits of account number   ___ ___ ___ ___**

---

**Add the dollar value of your entries in Column A on this page.  Write that number here:**

| $2,268.00 |
|---|

Debtor 1   **Steven Michael Davis, II**      Case number (if known)    **17-41860-rfn**

| **Part 1:** | **Additional Page** <br> After listing any entries on this page, number them sequentially from the previous page. | *Column A* <br> **Amount of claim** <br> Do not deduct the value of collateral | *Column B* <br> **Value of collateral that supports this claim** | *Column C* <br> **Unsecured portion** <br> If any |
|---|---|---|---|---|

| 2.46 | **Describe the property that secures the claim:** | $2,300.00 | $187,700.00 | |

**Trails of Marine Creek HOA**
Creditor's name
**c/o Principal Management Group**
Number    Street
**9001 Airport Freeway, Suite 450**

**6357 Ferncreek, Fort Worth, TX 76179**

**North Richland Hil TX   76108**
City       State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
     **HOA Dues**

**Date debt was incurred** _____    **Last 4 digits of account number**    **5   1   8   0**

| 2.47 | **Describe the property that secures the claim:** | $158,358.33 | $161,200.00 | |

**US Bank Nat'l Assoc.**
Creditor's name
**4801 Frederica Street**
Number    Street

**14037 Bronc Pen, Ft. Worth, TX 76052**

**Owensboro     KY   42301**
City       State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)
     **Fee Simple**

**Date debt was incurred** _____    **Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:**      $160,658.33

Debtor 1 **Steven Michael Davis, II**       Case number (if known) **17-41860-rfn**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.48**

**Vineyards at Heritage HOA**
Creditor's name
**Premier Communities**
Number   Street
**3102 Oak Lawn Ave, Ste 202**

_____

**Dallas**　　　　**TX**　**75219**
City　　　　　　State　ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**5204 Shiver, Ft. Worth, TX 76244**

| | | |
|---|---|---|
| $2,000.00 | $204,300.00 | $2,000.00 |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**HOA Dues**

**Last 4 digits of account number** ___ ___ ___ ___

---

**2.49**

**Willis Coves HOA**
Creditor's name
**1800 Preston Park Blvd**
Number   Street

_____

**Plano**　　　　**TX**　**75093**
City　　　　　　State　ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

Describe the property that secures the claim:

**1310 McEntire Court, Keller, TX 76248**

| | |
|---|---|
| $3,358.74 | $368,500.00 |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**HOA Dues**

**Last 4 digits of account number** __9__ __6__ __0__ __0__

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**

| $5,358.74 |
|---|

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**

| $3,406,517.40 |
|---|

Debtor 1   **Steven Michael Davis, II**        Case number (if known)  **17-41860-rfn**

## Part 2:    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| | | |
|---|---|---|
| **1** | **David Stockman** | On which line in Part 1 did you enter the creditor?    **2.47** |
| | Name | |
| | **Marinosci Law Group, PC** | Last 4 digits of account number   ___ ___ ___ ___ |
| | Number    Street | |
| | **14643 Dallas Parkway** | |
| | **Suite 750** | |
| | **Dallas**     **TX**    **75254** | |
| | City      State    ZIP Code | |

| | | |
|---|---|---|
| **2** | **Dustin George** | On which line in Part 1 did you enter the creditor?    **2.28** |
| | Name | |
| | **Mackie Wolf Zientz & Mann PC** | Last 4 digits of account number   ___ ___ ___ ___ |
| | Number    Street | |
| | **14160 N. Dallas Parkway** | |
| | **Suite 900** | |
| | **Dallas**     **TX**    **75254** | |
| | City      State    ZIP Code | |

| | | |
|---|---|---|
| **3** | **Jerry W. Mason** | On which line in Part 1 did you enter the creditor?    **2.22** |
| | Name | |
| | **Harvey Law Group** | Last 4 digits of account number   ___ ___ ___ ___ |
| | Number    Street | |
| | **PO Box 131407** | |
| | **Houston**     **TX**    **77219** | |
| | City      State    ZIP Code | |

| | | |
|---|---|---|
| **4** | **Power Default Services, Inc.** | On which line in Part 1 did you enter the creditor?    **2.28** |
| | Name | |
| | **Northpark Town Center** | Last 4 digits of account number   ___ ___ ___ ___ |
| | Number    Street | |
| | **1000 Abernathy Rd. NE** | |
| | **Bldg. 400, Suite 200** | |
| | **Atlanta**     **GA**    **30328** | |
| | City      State    ZIP Code | |

| | | |
|---|---|---|
| **5** | **Selene Finance LP** | On which line in Part 1 did you enter the creditor?    **2.47** |
| | Name | |
| | **9990 Richmond Ave.** | Last 4 digits of account number   ___ ___ ___ ___ |
| | Number    Street | |
| | **Suite 400S** | |
| | **Houston**     **TX**    **77042** | |
| | City      State    ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven** | **Michael** | **Davis, II** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **17-41860-rfn**
(if known)

☐ Check if this is an
   amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left.  Attach the Continuation Page to this page.  On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

    ☐ No.  Go to Part 2.
    ☑ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts.  As much as possible, list the claims in alphabetical order according to the creditor's name.  If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | **$0.00** | **$0.00** | **$0.00** |

**Tarrant County Tax Assesor-Collector**
Priority Creditor's Name
**100 E. Weatherford**
Number          Street

**Fort Worth**          **TX**   **76196**
City                         State   ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were
   intoxicated
☐ Other.  Specify

Debtor 1 __Steven Michael Davis, II__        Case number (if known) __17-41860-rfn__

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☒ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

| 4.1 | | **Unknown** |
|---|---|---|

**Alexandra Meadows Owners Association**
Nonpriority Creditor's Name
**Principal Management Group**
Number   Street
**127 Park Central Drive Ste #600**

**Dallas**      **TX**    **75251-1537**
City        State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Property surrendered**

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **HOA Dues - 2125 Trina**

| 4.2 | | **Unknown** |
|---|---|---|

**Americas Servicing Company**
Nonpriority Creditor's Name
**1 Home Campus**
Number   Street
**Des Moines, IA 50328**

**ATTN: Bankruptcy**

City        State    ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Creditor foreclosed on 1912 Stallion, Keller, TX**

**Last 4 digits of account number** __0__ __0__ __2__ __3__
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Deficiency Claim**

Debtor 1 **Steven Michael Davis, II**                                       Case number (if known) **17-41860-rfn**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Amber Schultz**
Name
**6545 Regina**
Number     Street

**Fort Worth**          **TX**     **76131**
City                    State   ZIP Code
**House Purchase Contract**
**Owner Financed**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
**Contract/Lease**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Bank of America**
Name
**ATTN: Correspondence Unit**
Number     Street
**CA6-919-01-41**

**PO Box 5170**

**Simi Valley**          **CA**     **93062**
City                    State   ZIP Code
**10805 Elmhurst, Fort Worth, TX**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **6**  **4**  **7**  **1**

---

**Bonnie Hunt**
Name
**Patrick Hunt**
Number     Street
**2432 Pheasant Drive**

**Little Elm**          **TX**     **75068**
City                    State   ZIP Code
**Notice only**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Brian & Denise Odom**
Name
**6457 Alexandra Meadows**
Number     Street

**Fort Worth**          **TX**     **76131**
City                    State   ZIP Code
**House Purchase Contract**
**Owner Financed**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
**Contract/Lease**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Christopher Myers**
Name
**1708 Quails Nest**
Number     Street

**Fort Worth**          **TX**     **76177**
City                    State   ZIP Code
**House Purchase Contract**
**Owner Financed**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
**Contract/Lease**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

Debtor 1 __Steven Michael Davis, II__     Case number (if known) __17-41860-rfn__

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

**Daniel & Yina Murillo**
Name
**7017 Lindentree**
Number    Street

**Fort Worth**     **TX**    **76137**
City          State    ZIP Code

**House Purchase Contract**
**Owner Financed**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Contract/Lease**       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __   __ __   __ __   __ __

---

**Denise Plaia & Valentine Beavis**
Name
**6112 Tilapia**
Number    Street

**Fort Worth**     **TX**    **76179**
City          State    ZIP Code

**House Purchase Contract**
**Owner Financed**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Contract/Lease**       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __   __ __   __ __   __ __

---

**Eduardo Lerma & Beatriz Garza**
Name
**7013 Lindentree**
Number    Street

**Fort Worth**     **TX**    **76137**
City          State    ZIP Code

**House Purchase Contract**
**Owner Financed**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Contract/Lease**       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __   __ __   __ __   __ __

---

**Ernest Bodean Slaughter**
Name
**5424 Lavaca Rd.**
Number    Street

**Grand Prairie**     **TX**    **75052**
City          State    ZIP Code

**House Purchase Contract**
**Owner Financed**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Contract/Lease**       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __   __ __   __ __   __ __

---

**Hector & Adela Nunez**
Name
**5204 Shiver**
Number    Street

**Fort Worth**     **TX**    **76244**
City          State    ZIP Code

**House Purchase Contract**
**Owner Financed**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Contract/Lease**       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __   __ __   __ __   __ __

Debtor 1 __Steven Michael Davis, II__   Case number (if known) __17-41860-rfn__

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Jocelyn Humphreys & Shawn Prendergast**
Name
**11633 Estacado**
Number      Street

**Frisco**              **TX**      **75034**
City              State    ZIP Code

**House Purchase Contract**
**Owner Financed**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one:)*
☐ Part 1: Creditors with Priority Unsecured Claims
**Contract/Lease**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Kemesha Johnson & Polley Boakye**
Name
**2108 Haylee**
Number      Street

**Fort Worth**          **TX**      **76131**
City              State    ZIP Code

**House Purchase Contract**
**Owner Financed**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one:)*
☐ Part 1: Creditors with Priority Unsecured Claims
**Contract/Lease**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Randy & Yvette Castaneda**
Name
**5440 Brazoria Dr.**
Number      Street

**Grand Prairie**      **TX**      **75052**
City              State    ZIP Code

**House Purchase Contract**
**Owner Financed**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one:)*
☐ Part 1: Creditors with Priority Unsecured Claims
**Contract/Lease**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Roberto Balli, Jr.**
Name
**10805 Elmhurst**
Number      Street

**Fort Worth**          **TX**      **76248**
City              State    ZIP Code

**House Purchase Contract**
**Owner Financed**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one:)*
☐ Part 1: Creditors with Priority Unsecured Claims
**Contract/Lease**
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Select Portfolio Servicing**
Name
**c/o Terry Ross**
Number      Street
**Barrett Daffin Frappier Turner Engel**
**15000 Surveyor Blvd., Suite 100**

**Addison**              **TX**      **75001**
City              State    ZIP Code

**re: 1708 Quails Nest Drive, Fort Worth, Texas**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one:)*
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Debtor 1   **Steven Michael Davis, II**              Case number (if known)   **17-41860-rfn**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Steven Davis I**
Name
**6412 Geneva**
Number      Street

**Fort Worth**        **TX**     **76131**
City            State     ZIP Code
**Notice Only**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

**Taneisha Penny & Broderick Hill**
Name
**9632 Minton**
Number      Street

**Fort Worth**        **TX**     **76108**
City            State     ZIP Code
**House Purchase Contract**
**Owner Financed**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
**Contract/Lease**         ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

**Tyrone Morgan**
Name
**14037 Bronc Pen**
Number      Street

**Haslet**        **TX**     **76052**
City            State     ZIP Code
**House Purchase Contract**
**Owner Financed**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
**Contract/Lease**         ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

**Valerie Fierro**
Name
**6357 Ferncreek**
Number      Street

**Fort Worth**        **TX**     **76179**
City            State     ZIP Code
**House Purchase Contract**
**Owner Financed**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
**Contract/Lease**         ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

Debtor 1    **Steven Michael Davis, II**                                    Case number (if known)    **17-41860-rfn**

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
| --- | --- |

6.    Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only.
      28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

|  |  | | Total claim |
| --- | --- | --- | --- |
| 6a. | **Domestic support obligations** | 6a. | $0.00 |
| 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. **+** | $0.00 |
| 6e. | **Total.**  Add lines 6a through 6d. | 6d. | $0.00 |

**Total claims from Part 2**

|  |  | | Total claim |
| --- | --- | --- | --- |
| 6f. | **Student loans** | 6f. | $0.00 |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. **+** | $0.00 |
| 6j. | **Total.**  Add lines 6f through 6i. | 6j. | $0.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven** | **Michael** | **Davis, II** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **17-41860-rfn**
(if known)

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page.
On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease
   is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of
   executory contracts and unexpired leases.

|  | **Person or company with whom you have the contract or lease** | **State what the contract or lease is for** |
|---|---|---|
| 2.1 | **Amber Schultz** | **Lease of premises** |
| | Name | **Contract to be ASSUMED** |
| | **6545 Regina** | |
| | Number    Street | |
| | **Fort Worth**      **TX**      **76131** | |
| | City    State    ZIP Code | |
| 2.2 | **Brian & Denise Odom** | **Lease of premises** |
| | Name | **Contract to be ASSUMED** |
| | **6457 Alexandra Meadows** | |
| | Number    Street | |
| | **Fort Worth**      **TX**      **76131** | |
| | City    State    ZIP Code | |
| 2.3 | **Christopher Myers** | **Lease of premises** |
| | Name | **Contract to be ASSUMED** |
| | **1708 Quails Nest** | |
| | Number    Street | |
| | **Fort Worth**      **TX**      **76177** | |
| | City    State    ZIP Code | |
| 2.4 | **Daniel & Yina Murillo** | **House Purchase Contract** |
| | Name | **Owner Financed** |
| | **7017 Lindentree** | **Contract to be ASSUMED** |
| | Number    Street | |
| | **Fort Worth**      **TX**      **76137** | |
| | City    State    ZIP Code | |
| 2.5 | **Denise Plaia & Valentine Beavis** | **House Purchase Contract** |
| | Name | **Owner Financed** |
| | **6112 Tilapia** | **Contract to be ASSUMED** |
| | Number    Street | |
| | **Fort Worth**      **TX**      **76179** | |
| | City    State    ZIP Code | |

Debtor 1    **Steven Michael Davis, II**_____    Case number (if known)  **17-41860-rfn**

███    **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|

**2.6**    **Eduardo Lerma & Beatriz Garza**
Name
**7013 Lindentree**
Number    Street

**Fort Worth**              **TX**    **76137**
City                            State    ZIP Code

What the contract or lease is for:
**House Purchase Contract**
**Owner Financed**
**Contract to be ASSUMED**

**2.7**    **Ernest Bodean Slaughter**
Name
**5424 Lavaca Rd.**
Number    Street

**Grand Prairie**              **TX**    **75052**
City                            State    ZIP Code

**House Purchase Contract**
**Owner Financed**
**Contract to be ASSUMED**

**2.8**    **Hector & Adela Nunez**
Name
**5204 Shiver**
Number    Street

**Fort Worth**              **TX**    **76244**
City                            State    ZIP Code

**House Purchase Contract**
**Owner Financed**
**Contract to be ASSUMED**

**2.9**    **Jocelyn Humphreys & Shawn Prendergast**
Name
**11633 Estacado**
Number    Street

**Frisco**              **TX**    **75034**
City                            State    ZIP Code

**Lease of premises**

**2.10**    **Kemesha Johnson & Polley Boakye**
Name
**2108 Haylee**
Number    Street

**Fort Worth**              **TX**    **76131**
City                            State    ZIP Code

**Lease of premises**
**Contract to be ASSUMED**

**2.11**    **Randy & Yvette Castaneda**
Name
**5440 Brazoria Dr.**
Number    Street

**Grand Prairie**              **TX**    **75052**
City                            State    ZIP Code

**House Purchase Contract**
**Owner Financed**
**Contract to be ASSUMED**

**2.12**    **Roberto Balli, Jr.**
Name
**10805 Elmhurst**
Number    Street

**Fort Worth**              **TX**    **76248**
City                            State    ZIP Code

**House Purchase Contract**
**Owner Financed**
**Contract to be ASSUMED**

**2.13**    **Steven Davis I**
Name
**6412 Geneva**
Number    Street

**Fort Worth**              **TX**    **76131**
City                            State    ZIP Code

**House Purchase Contract**
**Owner Financed**
**Contract to be ASSUMED**

Debtor 1  **Steven Michael Davis, II**                                  Case number (if known)  **17-41860-rfn**

▮ **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | | | What the contract or lease is for |
|---|---|---|---|
| 2.14 | **Taneisha Penny & Broderick Hill** | | **House Purchase Contract** |
| | Name | | **Owner Financed** |
| | **9632 Minton** | | **Contract to be ASSUMED** |
| | Number    Street | | |
| | | | |
| | **Fort Worth** | **TX**    **76108** | |
| | City | State    ZIP Code | |
| 2.15 | **Tyrone Morgan** | | **House Purchase Contract** |
| | Name | | **Owner Financed** |
| | **14037 Bronc Pen** | | **Contract to be ASSUMED** |
| | Number    Street | | |
| | | | |
| | **Haslet** | **TX**    **76052** | |
| | City | State    ZIP Code | |
| 2.16 | **Valerie Fierro** | | **House Purchase Contract** |
| | Name | | **Owner Financed** |
| | **6357 Ferncreek** | | **Contract to be ASSUMED** |
| | Number    Street | | |
| | | | |
| | **Fort Worth** | **TX**    **76179** | |
| | City | State    ZIP Code | |

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><strong>Steven</strong><br>First Name</td><td><strong>Michael</strong><br>Middle Name</td><td><strong>Davis, II</strong><br>Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td>First Name</td><td>Middle Name</td><td>Last Name</td></tr>
<tr><td colspan="4">United States Bankruptcy Court for the: <strong>NORTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td colspan="3"><strong>17-41860-rfn</strong></td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☒ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
   ☐ No. Go to line 3.
   ☒ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
       ☐ No
       ☒ Yes

   In which community state or territory did you live? **Texas** Fill in the name and current address of that person.

   **Belinda Davis**
   Name of your spouse, former spouse, or legal equivalent
   **P.O. Box 991**
   Number     Street

   **Keller** **TX** **76244**
   City       State   ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* **Your codebtor**                     *Column 2:* **The creditor to whom you owe the debt**

                                                      Check all schedules that apply:

   | 3.1 | **Belinda Davis** |
   Name
   **800 Weybridge**
   Number     Street

   **Keller** **TX** **76248**
   City       State   ZIP Code

   ☒ Schedule D, line **2.24**
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____
   **NYCB Mortgage Company**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven** | **Michael** | **Davis, II** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **17-41860-rfn** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I
## Schedule I: Your Income                                                                 12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | | **Self Employed** | **Teacher** |
| **Employer's name** | | **Steven Davis, II** | **Keller ISD** |
| **Employer's address** | | **PO Box 991** | |
| | | Number  Street | Number  Street |
| | | | |
| | | **Keller**        **TX**   **76244** | |
| | | City        State   Zip Code | City        State   Zip Code |
| **How long employed there?** | | **15 years** | **4 years** |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$0.00** | **$3,975.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. + | **$0.00** | **$0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | **$0.00** | **$3,975.00** |

Debtor 1    **Steven Michael Davis, II**                                          Case number (if known)    **17-41860-rfn**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here .......................................................... ➔ 4. | $0.00 | $3,975.00 |

**5.** List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. | Insurance | 5e. | $0.00 | $0.00 |
| 5f. | Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. | Union dues | 5g. | $0.00 | $0.00 |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $0.00 | $0.00 |

**6.** Add the payroll deductions.    Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.    **6.**    $0.00    $0.00

**7.** Calculate total monthly take-home pay.    Subtract line 6 from line 4.    **7.**    $0.00    $3,975.00

**8.** List all other income regularly received:

| 8a. | Net income from rental property and from operating a business, profession, or farm | 8a. | $31,330.17 | $0.00 |
|---|---|---|---|---|

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| 8b. | Interest and dividends | 8b. | $0.00 | $0.00 |
|---|---|---|---|---|
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| 8d. | Unemployment compensation | 8d. | $0.00 | $0.00 |
|---|---|---|---|---|
| 8e. | Social Security | 8e. | $0.00 | $0.00 |
| 8f. | Other government assistance that you regularly receive | | | |

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

| | Specify: _____ | 8f. | $0.00 | $0.00 |
|---|---|---|---|---|
| 8g. | Pension or retirement income | 8g. | $0.00 | $0.00 |
| 8h. | Other monthly income. Specify: **Commissions** | 8h.+ | $4,000.00 | $0.00 |

**9.** Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.    **9.**    $35,330.17    $0.00

**10.** Calculate monthly income.    Add line 7 + line 9.    **10.**    $35,330.17  +  $3,975.00  =  $39,305.17
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    **11.**  +    $0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11.    The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    **12.**    $39,305.17

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☑ No.       **None.**

☐ Yes. Explain:

**Fill in this information to identify your case:**

| Debtor 1 | **Steven** | **Michael** | **Davis, II** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **17-41860-rfn**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses                                                              12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

  ☑ No. Go to line 2.
  ☐ Yes. **Does Debtor 2 live in a separate household?**
     ☐ No
     ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2.  **Do you have dependents?**

    ☐ No
Do not list Debtor 1 and
Debtor 2.    ☑ Yes. Fill out this information for each dependent......................

Do not state the dependents'
names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **13** | ☐ No ☑ Yes |
| **Daughter** | **15** | ☐ No ☑ Yes |
| **Spouse** | | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**

    ☑ No
    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$1,633.25** |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | |
| 4b. Property, homeowner's, or renter's insurance | 4b. | **$495.00** |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | **$150.00** |
| 4d. Homeowner's association or condominium dues | 4d. | |

Debtor 1 **Steven Michael Davis, II**        Case number (if known) **17-41860-rfn**

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$350.00** |
| | 6b. Water, sewer, garbage collection | 6b. | **$150.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$60.00** |
| | 6d. Other. Specify: **Cable/Internet** | 6d. | **$178.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$600.00** |
| 8. | **Childcare and children's education costs** | 8. | |
| 9. | **Clothing, laundry, and dry cleaning** (See continuation sheet(s) for details) | 9. | **$150.00** |
| 10. | **Personal care products and services** | 10. | |
| 11. | **Medical and dental expenses** | 11. | **$100.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$400.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$200.00** |
| 14. | **Charitable contributions and religious donations** | 14. | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | **$45.00** |
| | 15b. Health insurance | 15b. | **$900.00** |
| | 15c. Vehicle insurance | 15c. | **$405.00** |
| | 15d. Other insurance. Specify: | 15d. | |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Property taxes on homestead** | 16. | **$933.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 **2014 Cadillac Escalade & 2015 Chevy Silv** | 17a. | **$2,131.00** |
| | 17b. Car payments for Vehicle 2 | 17b. | |
| | 17c. Other. Specify: | 17c. | |
| | 17d. Other. Specify: **/ Disability Insurance** | 17d. | **$65.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a. Mortgages on other property (See continuation sheet(s) for details) | 20a. | **$28,056.14** |
| | 20b. Real estate taxes | 20b. | |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | |
| | 20e. Homeowner's association or condominium dues | 20e. | |

Debtor 1   **Steven Michael Davis, II**                 Case number (if known)   **17-41860-rfn**

| | | | |
|---|---|---|---|
| **21.** | **Other.**   Specify: | 21.   **+** | |
| **22.** | **Calculate your monthly expenses.** | | |
| | 22a.   Add lines 4 through 21. | 22a. | **$37,001.39** |
| | 22b.   Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| | 22c.   Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$37,001.39** |
| **23.** | **Calculate your monthly net income.** | | |
| | 23a.   Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$39,305.17** |
| | 23b.   Copy your monthly expenses from line 22c above. | 23b.   **–** | **$37,001.39** |
| | 23c.   Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **$2,303.78** |

**24.**   **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.   Explain here:
> **None.**

Debtor 1    **Steven Michael Davis, II**                                    Case number (if known)    **17-41860-rfn**

**9.**    **Clothing, laundry, and dry cleaning (details):**
**Clothing**                                                                                          **$100.00**
**Laundry/Dry Cleaning**                                                                              **$50.00**

                                                                        Total:    |    **$150.00**    |

**20a.** **Other Real Property--Mortgages on Other Property (details):**
**Mortgages on non-homestead real estate (includes taxes & insurance)**                               $28,056.14

                                                                        Total:    |    **$28,056.14**    |

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><strong>Steven</strong></td><td><strong>Michael</strong></td><td><strong>Davis, II</strong></td></tr>
<tr><td></td><td>First Name</td><td>Middle Name</td><td>Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td>First Name</td><td>Middle Name</td><td>Last Name</td></tr>
<tr><td colspan="4">United States Bankruptcy Court for the: <strong>NORTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td colspan="3"><strong>17-41860-rfn</strong></td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.**

## Part 1:    Summarize Your Assets

|  | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $4,481,724.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................................ | $74,892.80 |
| | 1c. Copy line 63, Total of all property on Schedule A/B......................................................... | $4,556,616.80 |

## Part 2:    Summarize Your Liabilities

|  | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | $3,406,517.40 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... | $0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F........................... **+** | $0.00 |
| | **Your total liabilities** | $3,406,517.40 |

## Part 3:    Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I........................................................... | $39,305.17 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J.................................................................. | $37,001.39 |

Debtor 1    **Steven Michael Davis, II**        Case number (if known)   **17-41860-rfn**

---

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

---

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

     ☐   **No.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

     ☑   **Yes**

7.   **What kind of debt do you have?**

     ☐   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

     ☑   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8.   **From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

                                                        _____

9.   **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

                                                                     **Total claim**

     **From Part 4 on *Schedule E/F,*** copy the following:

     9a.   Domestic support obligations. (Copy line 6a.)                       _____

     9b.   Taxes and certain other debts you owe the government. (Copy line 6b.)     _____

     9c.   Claims for death or personal injury while you were intoxicated. (Copy line 6c.)     _____

     9d.   Student loans. (Copy line 6f.)                                  _____

     9e.   Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)     _____

     9f.   Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)     **+** _____

     9g.   **Total.**   Add lines 9a through 9f.                               _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven** | **Michael** | **Davis, II** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **17-41860-rfn**
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Steven Michael Davis, II**
Steven Michael Davis, II, Debtor 1

X _____
Signature of Debtor 2

Date **05/22/2017**
MM / DD / YYYY

Date _____
MM / DD / YYYY