Joyce W. Lindauer
State Bar No. 21555700
Jeffery M. Veteto
State Bar No. 24098548
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| STEVEN MICHAEL DAVIS II, | § | CASE NO. 17-41860-rfn |
| | § | Chapter 11 |
| Debtor. | § | |

SUPPLEMENT TO SECOND AMENDED PLAN OF
REORGANIZATION AND SECOND DISCLOSURE STATEMENT
DATED NOVEMBER 12, 2018

Steven Michael Davis II, the debtor and debtor-in-possession in the above-styled and numbered case, proposes the following Supplement to Second Amended Plan of Reorganization and Second Disclosure Statement Dated November 12, 2018 in order to address objections raised by Deutsche Bank National Trust Company, The Bank of New York Mellon, Nationstar Mortgage, LLC and Select Portfolio Servicing, Inc.  In order to address these objections, the Debtor provides the following information:

1. To address funding available for cure costs under the Plan the Debtor has the following properties for sale:

5440 Brazoria, Grand Prairie, Texas.  This property is listed for sale and should result in $60,000 to the estate after costs.

6545 Regina, Fort Worth, Texas.  This property is listed for sale and should result in $43,000 to the estate after costs.

800 Weybridge, Keller, Texas. This property is not currently listed for sale but will sell for $515,000 and reduces the overall debt burden of Debtor. The Debtor may put the property up for sale after the first of the year.

2. All of the above will generate money to pay SPS and to cure any arrearages so there is no need for a long-term payout to SPS on its arrears both pre and post-petition. Debtor has requested an accounting of such amounts and SPS has indicated they will provide same. The order on the lifting of the stay is attached hereto as Exhibit "1".

3. 7013 Lindentree, Fort Worth, Texas. The Bank of New York is correct. The correct address is 7013 Lindentree. To address the secured creditor's objections the Debtor is surrendering any interest he may have in this property on the Effective Date. If a Plan is not approved in this case, the stay shall lift upon denial of confirmation of the Plan.

4. 2125 Trina, Fort Worth, Texas. The property located at 2125 Trina is not owned by the Debtor and is owned by the 2125 Trina Trust, with JM Gibson Properties, LLC as its Trustee (acquired by warranty deed from Steven M. Davis II, recorded 12/28/2009). This property is not a part of this bankruptcy case.

5. 1310 McEntire Court, Keller, Texas. To address the secured creditor's objections the Debtor is surrendering any interest he may have in this property on the Effective Date. If a Plan is not approved in this case, the stay shall lift upon denial of confirmation of the Plan.

Dated: December 14, 2018.

Respectfully submitted,

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Jeffery M. Veteto
State Bar No. 24098548
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Attorneys for Debtors

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 14, 2018, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties listed below.

Richard E. Anderson
randerson@abvlaw.com

Judd A. Austin, Jr.
bankruptcy@hoaf.com

H. Gray Burks
gburks@logs.com, nibates@logs.com

Cristina Platon Camarata
cristina.camarata@tx.cslegal.com,
bkdept@tx.cslegal.com

Eboney D. Cobb
ecobb@pbfcm.com,
ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com

Lisa L. Cockrell
lisa.cockrell@tx.cslegal.com,
bkdept@tx.cslegal.com

Mario Cortes
mcortes@logs.com

Sarah Sibley Cox
bkdept@tx.cslegal.com

Nicholas Paul Edwards
amckenzie@huntonak.com

Gordon Green
ecftxnb@aldridgepite.com,
GWG@ecf.inforuptcy.com

Jennine Hovell-Cox
jennine.hovell-cox@tx.cslegal.com,
bkdept@tx.cslegal.com

Thomas F. Jones, III
fred.jones@tx.cslegal.com,
bkdept@tx.cslegal.com

Harriet L. Langston
harriet.langston@tx.cslegal.com,
bkdept@tx.cslegal.com

Joyce W. Lindauer
joyce@joycelindauer.com,
dian@joycelindauer.com;
gina@joycelindauer.com

Lee S. Raphael
ecf4@ecf.courtdrive.com,
cmartin@pralc.com

James L. Schutza
jschutza@sbcglobal.net, jschutza@att.net

Kirk A. Schwartz
kschwartz@logs.com,
txbknorthern@logs.com

Howard Marc Spector
hspector@spectorjohnson.com,
sshank@spectorjohnson.com;ahawkins@spectorjohnson.com

Laurie A. Spindler
Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Dominique M. Varner
dvarner@hwa.com

Behrooz P. Vida
filings@vidalawfirm.com,
legalprokirstin@gmail.com;bkfilings@yahoo.com

Michael L. Weems
mlw@hwa.com

Lance E. Williams
lwilliams@riddleandwilliams.com,
ashanks@riddleandwilliams.com

Stephen Weikai Wu
swu@mwzmlaw.com,
txnd@mwzmlaw.com

Michael Wayne Zientz
txnd@mwzmlaw.com

   /s/ Joyce W. Lindauer
Joyce W. Lindauer



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 27, 2017**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-41860 |
| STEVEN MICHAEL DAVIS II | § | |
| *Debtor* | § | CHAPTER 11 |

**AGREED ORDER ON NEW YORK COMMUNITY BANK'S AMENDED MOTION TO DISMISS AS TO SELECT PORTFOLIO SERVICING, INC. ON PROPERTY AT 800 WEYBRIDGE LANE, KELLER, TEXAS 76248**
**(Docket No. 85 & 107)**

On Consideration of the Motion to Dismiss filed by New York Community Bank (Docket No 85), Debtor's Response in opposition (Docket No 96, and the Joinder in New York Community Bank's Motion filed by Select Portfolio Servicing, Inc. as mortgage servicer for RMBS REO Holdings, LLC as successor in interest to New York Community Bank ("SPS") (Docket No 107), and the below agreement of the parties announced on the record in open court on November 8, 2017, it is

ORDERED that Steven Michael Davis II ("Debtor") shall:

1. Pay $2,275.73 to SPS by mail not later than November 10, 2017.



AGREED OTS/CH13/JOINT
13-010380 - BK01



**EXHIBIT "1"**

2. Resume ongoing monthly mortgage payments including escrow for taxes commencing December 1, 2017 pursuant to and due under the note and deed of trust, currently in the amount of $3,744.99.  Payments shall be made by mail on the first of each month.

3. Maintain property insurance as required by the note and deed of trust and make direct payments on premiums as they come due.

4. Complete a loan modification application with all required and requested documents by February 9, 2018.

5. Obtain a loan modification or cure all arrears on the note and deed of trust by June 29, 2018.  If a trial modification is granted and accepted, then the monthly payments Debtor shall pay will change accordingly.  If a permanent loan modification is granted and accepted, then the monthly payments Debtor shall pay will change accordingly.

6. Confirm a Chapter 11 Plan in this case by June 30, 2018.

FURTHER ORDERED that if Debtor defaults on any of the conditions set forth in this Order, the automatic stay terminates without further notice or order.  If and upon termination of the stay pursuant to this Order, SPS shall file a notice of termination.  If and upon termination of the stay pursuant to this Order, SPS may exercise all of its rights under state law pursuant to the note and deed of trust, including foreclosing and taking possession of the Property, and all communications including notices required by state law, sent by SPS in connection with proceeding against the property may be sent directly to the Debtor.

###END OF ORDER###

APPROVED AS TO FORM AND CONTENT:


*/s/H. Gray Burks, IV*

H. Gray Burks, IV
State Bar No. 03418320
SHAPIROSCHWARTZ, LLP
13105 Northwest Freeway, Suite 1200
Houston, Texas 77040
Telephone: (713) 462-2565
Facsimile: (847) 879-4854
Email: gburks@logs.com
*Attorney for Select Portfolio Servicing, LLC*
*as mortgage servicer for RMBS REO Holdings, LLC*


*/s/Sarah Cox*
Joyce W. Lindauer
Sarah Cox
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road
Suite 625
Dallas, Texas 75230
*ATTORNEYS FOR DEBTOR*